1  Douglas W. Dal Cielo (SBN 157109)
   E-mail: ddalcielo@bwslaw.com
2  Brian M. Affrunti (SBN 227072)
   E-mail: baffrunti@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   1503 Grant Road, Suite 200
4  Mountain View, CA 94040-3270
   Tel: 650.327.2672     Fax: 650.688.8333
5
   Attorneys for Plaintiff
6  DEEM, INC.

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| DEEM, INC., | Case No. 4:15-CV-03683-JSW |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| v. | Date: N/A |
| TRAVELPORT, LP, and DOES 1 to 10, inclusive, | Time: N/A |
|  | Courtroom: 5 — 2nd Floor |
| Defendants. | Judge: Hon. Jeffrey S. White |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel of record, that the above-captioned action be and hereby is dismissed, with prejudice, pursuant to FRCP 41(a)(1).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | Dated: February 4, 2016 | DUANE MORRIS, LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Paul E. Chronis<br>Elinor H. Murárová |
| 5 | | Attorneys for Defendant<br>TRAVELPORT, LP |
| 8 | Dated: February 3, 2016 | BURKE, WILLIAMS & SORENSEN, LLP |
| 10 | | By: /S/ Douglas W. Dal Cielo |
| 11 | | Douglas W. Dal Cielo<br>Brian M. Affrunti |
| 12 | | Attorneys for Plaintiff<br>DEEM, INC. |
| 15 | Dated: February 5, 2016 | |

IT IS SO ORDERED

*Jeffrey S. White*
Judge Jeffrey S. White

(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

MP #4812-9984-3629 v1      - 2 -      STIPULATION FOR DISMISSAL OF ENTIRE
ACTION, CASE NO. 4:15-CV-03683-JSW